# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| SARAH VAUGHAN, | CASE NO. 18cv2277-LAB (NLS) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 8]** |
| vs. | |
| SYNCHRONY BANK, | |
| Defendant. | |

Plaintiff Sarah Vaughan and Defendant Synchrony Bank jointly move to dismiss this entire action with prejudice. Dkt. 8. That motion is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: January 7, 2019

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -